In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Opening and Extending of Exterior Street, from East 138th Street to East 144th Street, etc., in the Borough of The Bronx. MABEL POILLON et al., as Executors and Trustees of EDWARD ROBITZEK, Deceased, et al., Appellants.— Decree so far as appealed from unanimously affirmed, with costs to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CHEMICAL BANK & TRUST COMPANY, as Trustee under the Will of HARRIET M. BENTLEY, Deceased, Respondent, v. ROBERT SCHLESINGER, Appellant.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOSEPH GILLESPIE, as President of Metropolitan Association of Employment Agents, Appellant, v. PAUL MOSS, as Commissioner of Licenses of the City of New York, Respondent.— Judgment unanimously affirmed, with costs. (See *Faingnaert* v. *Moss, ante,* p. 692.) Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS MUSCOLINO, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., dissents and votes to reverse and dismiss the information on the authority of *People* v. *Richardson* (287 N. Y. 563) and *People* v. *Carpenito* (292 N. Y. 498).

IRVING WEINRICH, Respondent, v. BIAS BINDING COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within twenty days after service of a copy of the order to be entered herein, with notice of entry thereof, on payment of said costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ARTHUR KALFUS et al., Copartners Doing Business under the Name of I. KALFUS Co., Appellants, v. AD PRESS, LTD., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BERTRAM WACHTELL.— Motion to dismiss appeal granted. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [181 Misc. 1010.]